**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN SMITH JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROBERT AYERS JR. (Warden), ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 08-4248 JVS (CW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge, all objections thereto, and the Supplemental Report and Recommendation. The court has made a <u>de</u> <u>novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 19, filed March 6, 2009) be granted; and (3) that judgment be entered

dismissing the petition, with prejudice, as time-barred.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: May 11, 2010

_____
JAMES V. SELNA
United States District Judge