**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN SMITH JR., ) | No. CV 08-4248 JVS (CW) |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| ) ROBERT AYERS JR. (Warden), ) | |
| ) Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:  May 11, 2010

_____
JAMES V. SELNA
United States District Judge